EXHIBIT

1

| | | | |
|---|---|---|---|
| HealthPort |  | Invoice #: | 0192616838 |
| P.O. Box 409740 | | Date: | 5/24/2016 |
| Atlanta, Georgia 30384-9740 | | Customer #: | 1767711 |
| Fed Tax ID 58 - 2659941 | | | |
| (770) 754 - 6000 | | | |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| NANCY BERKE | NANCY BERKE | PIEDMONT HENRY HOSPITAL |
| HARMAN LAW LLC | HARMAN LAW LLC | 1133 EAGLES LANDING PKWY |
| 3414 PEACHTREE RD NE | 3414 PEACHTREE RD NE | STOCKBRIDGE, GA 30281-5085 |
| STE 1250 | STE 1250 | |
| ATLANTA, GA 30326-1195 | ATLANTA, GA 30326-1195 | |

**Requested By:** HARMAN LAW LLC  **DOB:**
**Patient Name:** ROSCOE MONIQUE

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 25.88 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 2 | 20 | 0.97 | 19.40 |
| Per Page Copy (Paper) 1 | 13 | 0.83 | 10.79 |
| Electronic Dlvry Fee | | | 2.00 |
| Certification Fee | | | 9.70 |
| Subtotal | | | 67.77 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 67.77 |
| Less Payment | | | -67.77 |
| Balance Due | | | 0.00 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days

---

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0192616838

Check # _____

Payment Amount $ _____

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.