EXHIBIT 1

| | | | |
|---|---|---|---|
| **HealthPort** <br> P.O. Box 409740 <br> Atlanta, Georgia 30384-9740 <br> Fed Tax ID 58 - 2659941 <br> (770) 754 - 6000 |  **HealthPort.** <br> INVOICE | Invoice #: **0192616838** <br> Date: **5/24/2016** <br> Customer #: **1767711** | |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| NANCY BERKE <br> HARMAN LAW LLC <br> 3414 PEACHTREE RD NE <br> STE 1250 <br> ATLANTA, GA 30326-1195 | NANCY BERKE <br> HARMAN LAW LLC <br> 3414 PEACHTREE RD NE <br> STE 1250 <br> ATLANTA, GA 30326-1195 | PIEDMONT HENRY HOSPITAL <br> 1133 EAGLES LANDING PKWY <br> STOCKBRIDGE, GA 30281-5085 |

**Requested By:** HARMAN LAW LLC        **DOB:**
**Patient Name:** ROSCOE MONIQUE

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 25.88 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 2 | 20 | 0.97 | 19.40 |
| Per Page Copy (Paper) 1 | 13 | 0.83 | 10.79 |
| Electronic Dlvry Fee | | | 2.00 |
| Certification Fee | | | 9.70 |
| Subtotal | | | 67.77 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 67.77 |
| Less Payment | | | -67.77 |
| Balance Due | | | 0.00 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days

---

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| |
|---|
| Invoice #: **0192616838** <br><br> Check # _____ <br> Payment Amount $ _____ |

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.